1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO.:  23CR1278-W |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO CONTINUE** |
| MIGUEL ANGEL FELIX VILLA, | |
| Defendant. | |

16      **IT IS HEREBY ORDERED** that the Joint Motion to Vacate the Motion

17   Hearing/Trial Setting scheduled for July 10, 2023 and reset for Status Hearing on

18   August 28, 2023 at 9:00 a.m. be granted. It is further ordered that time is excluded

19   from the Speedy Trial Act in the interests of justice, pursuant to 18 U.S.C. §

20   3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(A).

21

22   DATED:  7/5/23    _____

23                    **Honorable Thomas J. Whelan**
                      United States District Judge

24
25
26
27
28